**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Colin N. Spriestersbach, | Civil No. 04-24 MJD/JSM |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| | **WITH PREJUDICE** |
| Qwest Dex, Inc., a Colorado corporation, Dex Media East LLC, a Delaware limited liability company, also known as Dex Media, | |
| Defendants. | |

---

Pursuant to the Stipulation by and between plaintiff and defendants in the above-captioned action, this matter is hereby dismissed with prejudice and without taxation of costs to any party.

**BY COURT:**

Dated: June 2, 2005

s/ Michael J. Davis
The Honorable Michael J. Davis
Judge of District Court